UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

KEITH JONES,

    Plaintiff,

        v.

WARDEN WAINWRIGHT, et al.

    Defendants.

Civil Action No. 10-1291 (BAH)

**MEMORANDUM OPINION**

Plaintiff commenced this action under 48 U.S.C. § 1983 against Issac Fullwood, Chairman of the U.S. Parole Commission, and Simon Wainwright, Warden of the D.C. Jail. Compl. at 1, ECF No. 1. Both Defendants moved to dismiss the case. Fed. Def.'s Mot. to Dismiss, ECF No. 13; Def. Simon Wainwright's Mot. to Dismiss, ECF No. 18. The Court ordered the Plaintiff to respond to Chairman Fullwood's motion on or before February 25, 2011. Order, ECF No. 16. The Court similarly ordered the Plaintiff to respond to Warden Wainwright's motion on or before March 25, 2011. Order, ECR No. 19. In both orders, the Court warned the Plaintiff that failure to timely respond could result in the Defendants' motions being granted as conceded. Order at 2, ECF No. 14; Order at 1–2, ECF No. 19. To date, Plaintiff has not filed a response to either motion. The Court will therefore grant both motions to dismiss as conceded and dismiss this case without prejudice for failure to prosecute. See D.D.C. LCvR 83.23. A separate order consistent with this Memorandum Opinion shall issue this date.

/s/ *Beryl A. Howell*
BERYL A. HOWELL
United States District Judge

DATE: May 2, 2010